UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:20-cv-01680-SVW-SP | Date | October 28, 2020 |
|---|---|---|---|
| Title | Sean Licea v. Harbor Freight Tools USA, Inc. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER re MOTION to Remand Case to Riverside Superior Court filed by Plaintiff Sean Licea [10]

Plaintiff's motion to remand is hereby GRANTED. See Rains v. Criterion Sys., Inc., 80 F.3d 339, 346 (9th Cir. 1996) ("When a claim can be supported by alternative and independent theories-one of which is a state law theory and one of which is a federal law theory-federal question jurisdiction does not attach because federal law is not a necessary element of the claim."); see also Rutherford v. La Jolla Riviera Apartment House LLC, 2019 WL 6125255, at *6 (S.D. Cal. Nov. 19, 2019) ("[D]istrict courts have repeatedly, and in apparent uniformity, found similar removal actions to be improper."). The case is hereby remanded to Riverside Superior Court. No attorney's fees will be awarded.

|  | : |
|---|---|
| Initials of Preparer | PMC |